| | | |
|---|---|---|
| Case No. | **CV 17-2599-JFW**<br>CR12-1208 JFW | Date: April 26, 2017 |
| Title: | Gustavo Alonso -v- United States of America | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

| | |
|---|---|
| **PROCEEDINGS (IN CHAMBERS):** | **ORDER DENYING MOTION UNDER 28 U.S.C. SECTION 2255, TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY [filed 4/5/17, Dkt. No. 1]** |

    On April 5, 2017, the Petitioner Gustavo Alonso ("Petitioner") filed a Motion under 28 U.S.C. Section 2255, to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. On April 24, 2017, Respondent United States of America ("Government") filed its Opposition. The Court finds the matter appropriate for decision without oral argument. After considering the moving and opposing papers and arguments therein, the Court rules as follows:

    After reviewing the record and the briefs and evidence submitted by the parties and for the reasons stated in the Government's Opposition, the Court denies the Motion.

    Because the Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is DENIED. See, 28 U.S.C. §2253(c)(2).

    IT IS SO ORDERED.

Initials of Deputy Clerk  sr